**Terry MOORE, Plaintiff—Appellant,**

v.

**Wayne TALBERT; Hugh Martin; Hattie Pimpong, Defendants— Appellees.**

No. 08–8286.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 23, 2009.

Terry Moore, Appellant Pro Se.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Moore appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Talbert,* No. 5:08–ct–3024–D (E.D.N.C. Sept. 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*